# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1918
LT Case No. 2016-CF-003390-A

_____

RYAN GEMELLE POOLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Ryan Gemelle Poole, Okeechobee, pro se.

No Appearance for Appellee.

May 7, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____